**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

GLENDA GIRARD,

    Plaintiff,

v.                                                                            Case No: 5:21-cv-78-JSM-PRL

WAL-MART ASSOCIATES, INC.,

    Defendant.

_____

<u>ORDER</u>

The Court has been advised via a Mediation Report (Dkt. 18) that the above-styled action has been settled.   Accordingly, pursuant to Local Rule 3.09(b), it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.   After that 60-day period, however, dismissal shall be with prejudice.   All pending motions, if any, are **DENIED** as moot.   The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 27th day of January, 2022.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record